IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAPITAL AVIATION, Inc., a Virginia corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3040 |
| V. | ) ) | |
| ECA PROGRAM, PLC, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on the plaintiff's motion (filing no. 14 ) to continue the Debtor's Exam, scheduled for March 30, 2010, until April 13th, 2010, and for the exam to be conducted in Omaha, Nebraska. The court finds the motion should be granted.

IT IS ORDERED:

1) The Debtor's Exam will take place on April 13th at 1:30 P.M. at the Special Proceedings Courtroom, Federal Building, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Cheryl R. Zwart.

2) The clerk shall mail a copy of this order to the following address:

> Robert Kendall
> 9938 Devonshire Drive
> Omaha, NE 68114

DATED this 24th day of March, 2010.

BY THE COURT:

S/ Cheryl R. Zwart
_____
United States Magistrate Judge