IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAPITAL AVIATION, Inc., a Virginia Corporation, | ) ) ) | |
| | ) | 4:10CV3040 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| ECA PROGRAM, PLC, | ) ) | |
| Defendant. | ) | |

Pursuant to this court's telephone communications today with defense counsel and the office of plaintiff's counsel, the Judgment Debtor's Exam set for February 11, 2011 at 1:30 p.m. in the Special Proceedings Courtroom in Omaha, Nebraska is cancelled.

A telephonic conference with counsel is set for Monday, February 14, 2011 at 10:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 10th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge